No. 99–6435.  KIEFFER v. RISKE.  C. A. 8th Cir.  Certiorari denied.

No. 99–6436.  BLANTON v. ELO, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–6437.  BROWNING v. LIBERTY MUTUAL INSURANCE CO.  C. A. 8th Cir.  Certiorari denied.

No. 99–6438.  SIMMONS v. PARRISH ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–6446.  PRICE v. TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 99–6447.  STEELE v. SENTINEL COMMUNICATIONS ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 99–6450.  COUNCIL v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 99–6453.  WESSINGER v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 99–6454.  MOORE v. PAYLESS SHOE SOURCE, INC.  C. A. 8th Cir.  Certiorari denied.

No. 99–6456.  McLEAN v. McGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–6460.  MILLER v. MILLER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–6463.  AJIWOJU v. GRONNEMAN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–6468.  ROBERTS v. WARD, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 99–6471.  JOYNER v. INDUSTRIAL ACCIDENT BOARD OF DELAWARE.  C. A. 3d Cir.  Certiorari denied.

No. 99–6474.  YANCY v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.